# **Exhibit A**

Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Thentia Global Systems Inc., *et al.* | Case No. 26-10222 (CTG) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

**ORDER (I) SPECIFYING FORM AND MANNER OF SERVICE OF THE
RECOGNITION HEARING NOTICE UNDER SECTIONS 105(a), 1514 AND 1515
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9007,
(II) SCHEDULING HEARING, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[2] of Grant Thornton Limited, in its capacity as Monitor and Foreign Representative for the above captioned foreign debtors, and not in its personal or corporate capacity, for entry of an order under sections 105(a), 1514 and 1515 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), scheduling the Recognition Hearing and specifying the form and manner of service of the Recognition Hearing Notice, all as more fully described in the Motion; and this Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2)(P); and a hearing having been held to consider the relief requested in the Motion; and upon the Crocker Declaration

---

[1]   The Debtors and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Thentia Global Systems Inc. (6299) (Ontario Corporation No.); Thentia USA Inc. (5913) (FEIN); Thentia Canada Inc. (8980) (Ontario Corporation No.); Thentia UK Limited (7160) (Company Registration No.); Thentia Payments Canada Inc. (7811) (Ontario Corporation No.); Thentia Consulting Services Canada Inc. (2140) (Ontario Corporation No.); Thentia Quebec Inc. (3851) (Quebec Corporation No.); Thentia Payments USA Inc. (1290) (FEIN); Thentia Consulting Services USA Inc. (6421) (Delaware Corporation No.); and Thentia Europe Limited (7932) (Company Registration No.).   The Debtors' mailing address is 60 Adelaide St, Third Floor, Toronto, ON Canada M5C 3E4

[2]   Capitalized terms not defined in this Order are defined in the Motion.

filed contemporaneously with the Motion; and after due deliberation and good and sufficient cause appearing for approval of the Motion;

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Motion is GRANTED as set forth herein.

2.      The Court will hold a hearing on the relief requested by the Petitions and the Recognition Motion, including recognition of the Canadian Proceeding as a foreign main proceeding, or, in the alternative, a foreign nonmain proceeding, on _____, 2026 at _____ (prevailing Eastern Time).

3.      The Recognition Hearing Notice substantially in the form attached hereto as **<u>Exhibit 1</u>** is hereby approved.

4.      Within three business days of entry of this Order (or as soon thereafter as is reasonably practicable), the Foreign Representative shall serve or cause to be served on the Notice Parties by mail copies of the Recognition Hearing Notice, along with copies of the Petitions, Provisional Order, and Recognition Motion (including the proposed Final Order).

5.      Service of the Recognition Hearing Notice in accordance with this Order is approved as adequate and sufficient notice on all interested parties under the Bankruptcy Rules and the Bankruptcy Code.

6.      Except as otherwise ordered by the Court, the Foreign Representative shall serve, or cause to be served, all papers filed by the Foreign Representative in these chapter 15 cases, for which notice or service is required by Court order, the Bankruptcy Code, or the Bankruptcy Rules, on the Master Service List by mail.

7.      Responses or objections to the Petitions, recognition of the Canadian Proceeding as a foreign main proceeding or foreign nonmain proceeding, or the Recognition

Motion and the relief requested therein must (i) be in writing, (ii) detail the factual and legal bases for the response or objection, (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following counsel for the Foreign Representative so as to be received no later than 4:00 p.m. seven (7) days prior to the Recognition Hearing: (i) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801, Facsimile: (302) 658-3989, Attention: Derek C. Abbott (dabbott@morrisnichols.com), Tamara K. Mann (tmann@morrisnichols.com), Scott D. Jones (sjones@morrisnichols.com), and Liam Davis (ldavis@morrisnichols.com); and (ii) Miller Thomson LLP, 40 King Street West, Suite 5800, Toronto (Ontario), M5H 3S1, Canada, Facsimile: (416) 595-8695, Attention: Larry Ellis (lellis@millerthomson.com), David Ward (dward@millerthomson.com) and Matthew Cressatti (mcressatti@millerthomson.com).

8. All notice requirements specified in section 1514(c) of the Bankruptcy Code, except as may be set forth herein, are hereby waived or otherwise deemed inapplicable to these cases.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Foreign Representative is authorized to take all actions and incur or pay all costs or expenses necessary to effectuate the relief granted under this Order in accordance with the Motion.

11.    This Court shall retain jurisdiction with respect to any and all matters relating to the interpretation or implementation of this Order.

# **<u>EXHIBIT 1</u>**

Notice of Recognition Hearing

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Thentia Global Systems Inc., *et al.* | Case No. 26-10222 (CTG) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

### NOTICE OF (I) FILING OF CHAPTER 15 PETITIONS, (II) ENTRY OF PROVISIONAL ORDER, (III) MOTION FOR RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF, AND (IV) HEARING ON PETITIONS AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on February __, 2026, Grant Thornton Limited, solely in its capacity as authorized foreign representative of Thentia Global Systems Inc. ("TGS"), Thentia USA Inc. ("TUI"), Thentia Canada Inc. ("TCI"), Thentia UK Limited ("TUK"), Thentia Payments Canada Inc. ("TPC"), Thentia Consulting Services Canada Inc. ("TCSC"), Thentia Quebec Inc. ("TQI"), Thentia Payments USA Inc. ("TPU"), Thentia Consulting Services USA Inc. ("TCSU"), and Thentia Europe Limited ("TEL," and together with TGS, TUI, TCI, TUK, TPC, TCSC, TQI, TPU, and TCSU, the "Debtors"), and not in its personal or corporate capacity, and in connection with the pending proceeding (the "Canadian Proceeding") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA") in the Superior Court of Justice (Commercial List) in Ontario, Canada (the "Canadian Court"), filed (i) petitions (the "Petitions") for recognition of the Canadian Proceeding as a foreign main proceeding, or in the alternative, a foreign nonmain proceeding, of the Debtors in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code"), and (ii) the *Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code* (the "Recognition Motion"), seeking recognition of the Canadian Proceeding as a foreign main proceeding, or in the alternative, a foreign nonmain proceeding under section 1517 of the Bankruptcy Code and related relief. Copies of the Petitions are attached hereto as **Exhibits 1A-1J**. A copy of the Recognition Motion is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that on February __, 2026, the Bankruptcy Court entered an order granting provisional and injunctive relief, and related relief [D.I. ●] pursuant to, among other authority, sections 105(a) and 1519 of the Bankruptcy Code (the "Provisional Order")

---

[1] The Debtors and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Thentia Global Systems Inc. (6299) (Ontario Corporation No.); Thentia USA Inc. (5913) (FEIN); Thentia Canada Inc. (8980) (Ontario Corporation No.); Thentia UK Limited (7160) (Company Registration No.); Thentia Payments Canada Inc. (7811) (Ontario Corporation No.); Thentia Consulting Services Canada Inc. (2140) (Ontario Corporation No.); Thentia Quebec Inc. (3851) (Quebec Corporation No.); Thentia Payments USA Inc. (1290) (FEIN); Thentia Consulting Services USA Inc. (6421) (Delaware Corporation No.); and Thentia Europe Limited (7932) (Company Registration No.). The Debtors' mailing address is 60 Adelaide St, Third Floor, Toronto, ON Canada M5C 3E4

with respect to the Debtors, their assets, and their contracts in the United States.   The Provisional Order, among other relief, enjoins actions in the United States in contravention of the orders of the Canadian Court in the Canadian Proceeding from the entry of such Provisional Order through and including the date of the Recognition Hearing (as defined below), enjoins certain creditor action with respect to the Debtors and their assets in the United States, and enjoins contract counterparties from terminating contracts with the Debtors, all as set forth in detail in the Provisional Order.   A copy of the Provisional Order is attached hereto as **Exhibit 3**.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled for **March   , 2026, at_____ (prevailing Eastern Time)**, to consider the Petitions and the relief requested by the Foreign Representative in the Recognition Motion on a final basis (the "Recognition Hearing"), including recognition of the Canadian Proceeding as a foreign main proceeding, or in the alternative, a foreign nonmain proceeding, under chapter 15 of the Bankruptcy Code and giving full force and effect to orders entered in the Canadian Proceeding, and related relief and any objections or responses thereto.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Petitions, recognition of the Canadian Proceeding as a foreign main proceeding or foreign nonmain proceeding, or the Recognition Motion and the relief requested therein must (i) be in writing, (ii) detail the factual and legal bases for the response or objection, (iii) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of the United States Bankruptcy Court for the District of Delaware, and (iv) be filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the following counsel for the Foreign Representative **so as to be received at least seven days prior to the Recognition Hearing**: (i) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801, Facsimile: (302) 658-3989, Attention: Derek C. Abbott (dabbott@morrisnichols.com), Tamara K. Mann (tmann@morrisnichols.com), Scott D. Jones (sjones@morrisnichols.com), and Liam Davis (ldavis@morrisnichols.com); and (ii) Miller Thomson LLP, 40 King Street West, Suite 5800, Toronto (Ontario), M5H 3S1, Canada, Facsimile: (416) 595-8695, Attention: Larry Ellis (lellis@millerthomson.com), David Ward (dward@millerthomson.com) and Matthew Cressatti (mcressatti@millerthomson.com).

**PLEASE TAKE FURTHER NOTICE** that if no objection or response is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Petitions and the Recognition Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Recognition Hearing of the adjourned date or dates of the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative does not currently intend to conduct a claims process in these chapter 15 cases.   To the extent there is a claims process established in the Canadian Proceeding, parties are directed to the Canadian Proceeding, Court File No.: CL-26-00000052-0000.

Copies of the Petitions, Recognition Motion and other filings in these cases are presently available on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.deb.uscourts.gov (a PACER login and a password are required to retrieve a document).

Dated:   February 17, 2026
          Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ DRAFT*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
Scott D. Jones (No. 6672)
Liam Davis (No. 7563)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:   (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com
sjones@morrisnichols.com
ldavis@morrisnichols.com

- and -

MILLER THOMSON LLP
Larry Ellis
David Ward
Matthew Cressatti
40 King Street West, Suite 5800
Toronto Ontario
M5H 3S1, Canada
Telephone: (416) 595-8500
Facsimile:   (416) 595-8695
lellis@millerthomson.com
dward@millerthomson.com
mcressatti@millerthomson.com

*Counsel for the Debtors*

# **Exhibit 1A-1J**

Chapter 15 Petitions for Recognition

[*Intentionally omitted from filed version;
to be included in mailing*]

# **Exhibit 2**

Recognition Motion

[*Intentionally omitted from filed version;
to be included in mailing*]

# Exhibit 3

Provisional Order

[*Intentionally omitted from filed version;
to be included in mailing*]